# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | |
|---|---|
| VIDA DEAS, | * |
| Petitioner, | *  CIVIL ACTION NO.: 2:16-cv-44 |
| v. | * |
| WARDEN FLOURNOY, | * |
| Respondent. | * |

### ORDER

Presently before the Court is the Magistrate Judge's June 30, 2016, Report and Recommendation, to which Petitioner Vida Deas ("Deas") failed to file objections. Dkt. No. 10. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court.

Consequently, the Court **DISMISSES** Deas's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, dkt. no. 1, and **DENIES** Deas leave to appeal *in forma pauperis*. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 23 day of September, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)